PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for MELVIA MORRIS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIA MORRIS,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant | **CASE NO.:   2:15-CV-02718 CMK**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of September 15, 2016.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 2nd request for extension by plaintiff.

2

3  Dated: 8/12/16                               /s/ *Peter Brixie*
                                                PETER BRIXIE
4                                               Attorney at Law
                                                Attorney for Plaintiff
5

6
   Dated: 8/12/16                               /s/ *Ben A. Porter*
7                                               BEN A. PORTER
                                                Special Assistant U. S. Attorney
8                                               Attorney for Defendant

9

10                            __ooo__

11                     APPROVED AND SO ORDERED

12
         Dated:  August 16, 2016                _____
13                                              CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE
14

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION